UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America

ORDER ACCEPTING PLEA ALLOCUTION

S4 06 Cr. 1156 (SCR)

v.

Edward Negrin,

---

ROBINSON, J.

The Court has reviewed the transcript of the plea allocation in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable George A. Yanthis, United States Magistrate Judge, dated November 28, 2007, is approved and accepted.

The Clerk of the court is directed to enter the plea.

Date: December 12, 2007

SO ORDERED:

STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE